## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John F. Perkins                                     CHAPTER 13
               Regina Perkins

                                                           BKY. NO. 19-17354 AMC

                        Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of HomeBridge Financial Services, Inc.   and
index same on the master mailing list.


                                        Respectfully submitted,
                                        **/s/ Rebecca A. Solarz Esquire**
                                        Rebecca A Solarz, Esquire
                                        Kevin G. McDonald, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322