# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-17354-AMC

JOHN F. PERKINS
REGINA PERKINS
6502 NORTH FAIRHILL STREET

PHILADELPHIA, PA 19126-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN F. PERKINS
    REGINA PERKINS
    6502 NORTH FAIRHILL STREET

    PHILADELPHIA, PA 19126-

**Counsel for debtor(s), by electronic notice only.**
    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                /s/ William C. Miller

Date: 2/3/2020

                                _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee