**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        CHAPTER 13
John F. Perkins
Regina Perkins

     DEBTOR                            :        BKY. NO.  19-17354AMC13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

            Respectfully Submitted,

Date:  March 11, 2020        _____s/_____
            MICHAEL A. CATALDO, ESQUIRE
            CIBIK & CATALDO, P.C.
            1500 WALNUT  STREET, STE. 900
            PHILADELPHIA, PA  19102
            (215) 735-1060