United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John F. Perkins  
Regina Perkins  
    Debtors

Case No. 19-17354-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Apr 09, 2020
                           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.  
db/jdb       +John F. Perkins,   Regina Perkins,   6502 North Fairhill Street,   Philadelphia, PA 19126-3849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:

        KERI P EBECK   on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        MICHAEL A. CATALDO2   on behalf of Debtor John F. Perkins ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CATALDO2   on behalf of Joint Debtor Regina Perkins ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2   on behalf of Debtor John F. Perkins ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2   on behalf of Joint Debtor Regina Perkins ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Regina Perkins<br>John F. Perkins<br>    <u>Debtors</u> | CHAPTER 13 |
| HomeBridge Financial Services, Inc.<br>    <u>Movant</u><br>vs. | NO. 19-17354 AMC |
| Regina Perkins<br>John F. Perkins<br>    <u>Debtors</u> | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>    <u>Trustee</u> | |

### **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$6,137.28,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | December 2019 to March 2020 at $1,276.57/month |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$6,137.28** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Within seven (7) days of the filing of this Stipulation, the Debtors shall make a down payment in the amount of $1,276.77;

b). Beginning on April 1, 2020 and continuing through September 1, 2020, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,276,57** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$810.09 from April 2020 to August 2020 and $810.06 for September 2020** towards the arrearages on or before the last day of each month at the address below;

CENLAR, FSB
425 PHILLIPS BOULEVARD
EWING, NJ 08618

    c).  Maintenance of current monthly mortgage payments to the Movant thereafter.

  3.  Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

  4.  In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

  5.  The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

  6.  If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

  7.  If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

  8.  The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

  9.  The parties agree that a facsimile signature shall be considered an original signature.


Date: March 27, 2020        By: /s/ Rebecca A. Solarz, Esquire
                 Attorney for Movant



Date: April 6, 2020         s/ Michael A. Cataldo
                 Michael A. Cataldo, Esquire
                 Attorney for Debtors

Date: April 7, 2020

/s/ Jack Miller, Esquire, for*

William C. Miller, Esquire
Chapter 13 Trustee

*No objection to its terms, without prejudice to any of our rights and remedies*

Approved by the Court this _____ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

**Date: April 9, 2020**

_____
Bankruptcy Judge
Ashely M. Chan