IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>JOHN F. PERKINS and<br>REGINA PERKINS,<br>        Debtors<br><br>REGIONAL ACCEPTANCE<br>CORPORATION,<br>        Movant<br>    v.<br><br>JOHN F. PERKINS,<br>REGINA PERKINS, and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br>        Respondents | Bankruptcy No. 19-17354-amc<br><br>Chapter 13<br><br>Related to Doc. No. 20 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN FILED ON JANUARY 20, 2020

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Objection to Confirmation of Plan* (the "Objection"), filed on January 20, 2020, at Document No. 20. The Debtors' Amended Chapter 13 Plan filed on June 1, 2020, at Document No. 41 cures the Objection to the Plan.

Dated: June 3, 2020

                                              Respectfully submitted,

                                              BERNSTEIN-BURKLEY, P.C.

                                              By: /s/ Keri P. Ebeck
                                              Keri P. Ebeck
                                              PA I.D. # 91298
                                              kebeck@bernsteinlaw.com
                                              707 Grant Street, Suite 2200
                                              Pittsburgh, PA 15219
                                              412-456-8112
                                              Fax: (412) 456-8120

                                              *Counsel for Regional Acceptance Corporation*