## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Regina Perkins<br>         John F. Perkins<br>                    Debtor(s) | CHAPTER 13 |
| HomeBridge Financial Services, Inc.  , its successors<br>and/or assigns<br>                    Movant<br>          vs. | NO. 19-17354 AMC |
| Regina Perkins<br>John F. Perkins<br>                    Debtor(s) | |
| William C. Miller Esq.<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of HomeBridge Financial Services, Inc.  , which was filed with the Court on or about **February 10, 2020, docket number 28**.

                         Respectfully submitted,


                    By: **/s/ Rebecca A. Solarz, Esquire**
                         Rebecca A. Solarz, Esquire
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA  19106
                         215-627-1322
                         Attorney for Movant/Applicant

June 24, 2020