# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN & REGINA PERKINS,<br>Debtor(s). | Case No. 19-17354AMC13<br><br>Chapter 13 |

## ORDER APPROVING APPLICATION FOR COMPENSATION

**AND NOW**, this _____ day of _____, 201_____, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

**Date: August 12, 2020**

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE