United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John F. Perkins  
Regina Perkins  
    Debtors

Case No. 19-17354-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: ChrissyW              Page 1 of 1              Date Rcvd: Aug 11, 2020  
                           Form ID: 155                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.  
db/jdb        +John F. Perkins,   Regina Perkins,   6502 North Fairhill Street,   Philadelphia, PA 19126-3849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

    \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:

    KERI P EBECK    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
    MICHAEL A. CATALDO2    on behalf of Debtor John F. Perkins ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    MICHAEL A. CATALDO2    on behalf of Joint Debtor Regina  Perkins ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    MICHAEL A. CIBIK2    on behalf of Debtor John F. Perkins ecf@ccpclaw.com,  igotnotices@ccpclaw.com  
    MICHAEL A. CIBIK2    on behalf of Joint Debtor Regina  Perkins ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                    TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John F. Perkins and Regina Perkins
      Debtor(s)

Chapter: 13

Bankruptcy No: 19−17354−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 11,2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Ashely M. Chan
                                            Judge ,
                                            United States Bankruptcy Court

                                                                              53
                                                            Form 155