United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-17354-amc
John F. Perkins                                                 Chapter 13
Regina Perkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1              Date Rcvd: Aug 12, 2020
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
db/jdb          +John F. Perkins,   Regina Perkins,   6502 North Fairhill Street,   Philadelphia, PA 19126-3849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
              KERI P EBECK    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor John F. Perkins ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Regina  Perkins ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor John F. Perkins ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Regina  Perkins ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JOHN & REGINA PERKINS,<br>                         Debtor(s). | Case No. 19-17354AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _____ day of _____, 201_____, upon consideration of

the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the

amount of **$4,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____

**Date: August 12, 2020**

HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE