# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13

John & Regina Perkins
    DEBTOR                           :        BKY. NO.  19-17354AMC13

## ORDER

AND NOW, this _____ day of _____ 2021, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *first modified plan* filed February 15, 2021 as document number __61__ is approved.

By the Court:

**Date: March 9, 2021**

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE