### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Regina Perkins<br>John F. Perkins<br>　　　　　　　Debtor(s) | Chapter 13 |
| FREEDOM MORTGAGE CORPORATION<br>　　　　　v.<br>Regina Perkins<br>John F. Perkins<br>　　　　and<br>William C. Miller Esq.<br>　　　　　Trustee | NO. 19-17354 AMC |

### ORDER

AND NOW, this _____ day of _____, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on April 7, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow FREEDOM MORTGAGE CORPORATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6502 N Fairhill Street Philadelphia, PA 19126.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 2, 2021**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Regina Perkins
6502 North Fairhill Street
Philadelphia, PA 19126

John F. Perkins
6502 North Fairhill Street
Philadelphia, PA 19126

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Michael A. Cataldo Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Michael A. Cibik Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532