United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17354-amc |
| John F. Perkins | Chapter 13 |
| Regina Perkins | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John F. Perkins, Regina Perkins, 6502 North Fairhill Street, Philadelphia, PA 19126-3849 |
| 14602711 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2021           Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KERI P EBECK | |
| | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MICHAEL A. CATALDO2 | |
| | on behalf of Debtor John F. Perkins ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | |
| | on behalf of Joint Debtor Regina Perkins ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | |
| | on behalf of Debtor John F. Perkins ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | |
| | on behalf of Joint Debtor Regina Perkins ecf@ccpclaw.com  igotnotices@ccpclaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 2 |

REBECCA ANN SOLARZ
    on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Regina Perkins<br>        John F. Perkins<br>                           Debtor(s)<br><br>FREEDOM MORTGAGE CORPORATION<br>                    v.<br>Regina Perkins<br>John F. Perkins<br>                   and<br>William C. Miller Esq.<br>                           Trustee | Chapter 13<br><br><br>NO. 19-17354 AMC |

## ORDER

AND NOW, this          day of                 , 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on April 7, 2020  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow FREEDOM MORTGAGE CORPORATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6502 N Fairhill Street Philadelphia, PA 19126.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 2, 2021**

_____
United States Bankruptcy Judge.

cc: See attached service list

Regina Perkins
6502 North Fairhill Street
Philadelphia, PA 19126

John F. Perkins
6502 North Fairhill Street
Philadelphia, PA 19126

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Michael A. Cataldo Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Michael A. Cibik Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532