United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17354-amc |
| John F. Perkins | Chapter 13 |
| Regina Perkins | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 21, 2021 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John F. Perkins, Regina Perkins, 6502 North Fairhill Street, Philadelphia, PA 19126-3849 |
| 14429959 | + | ACS Education Services, PO Box 7052, Utica, NY 13504-7052 |
| 14429961 | | Bureau of Motor Vehicles, Accountinting Services, Return Check Services, Harrisburg, PA 17106 |
| 14429962 | + | Cenlar Mortgage Central loan Administrat, Attn: Bankruptcy, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14429969 | | Commonwealth of PA, Dept. Of Transportation, Bureau of Motor Vehicles, Harrisburg, PA 17106 |
| 14429968 | | Commonwealth of PA, Bureau Of Driver Licenses, D.O.T., PO Box 8693, Harrisburg, PA 17105 |
| 14429973 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14429975 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14429976 | + | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14602711 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14429977 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 14443426 | + | HomeBridge Financial Services, Inc, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14460829 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14442557 | + | HomeBridge Financial Services, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14429979 | + | I C System Inc, Attn: Bankruptcy, PO Box 64378, St Paul, MN 55164-0378 |
| 14429981 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14429982 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14429983 | + | Phelan, Halinan & Smieg, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14429985 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14429988 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 14453789 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14429989 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 21 2021 23:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2021 23:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 21 2021 23:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14429960 | + | Email/Text: EBNProcessing@afni.com | Sep 21 2021 23:18:00 | Afni, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 14429965 | | Email/Text: megan.harper@phila.gov | Sep 21 2021 23:18:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14429966 | | Email/Text: megan.harper@phila.gov | Sep 21 2021 23:18:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |

Case 19-17354-amc  Doc 80  Filed 09/23/21  Entered 09/24/21 00:37:57  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Notice Type/Address | Date/Time | Name and Address |
|---|---|---|---|---|
| 14482397 | | Email/Text: megan.harper@phila.gov | Sep 21 2021 23:18:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14429963 | + | Email/Text: ecf@ccpclaw.com | Sep 21 2021 23:18:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14429967 | + | Email/Text: bankruptcy@philapark.org | Sep 21 2021 23:18:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14429971 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2021 23:29:28 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14429970 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2021 23:29:28 | Credit One Bank, ATTN: Bankruptcy, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14429972 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 21 2021 23:18:00 | Department of Education/Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 14429974 | + | Email/Text: bknotice@ercbpo.com | Sep 21 2021 23:18:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14429978 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 21 2021 23:18:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 14429980 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 21 2021 23:18:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14434735 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2021 23:29:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14446999 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2021 23:19:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14446056 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2021 23:19:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14429984 | + | Email/Text: bankruptcy@philapark.org | Sep 21 2021 23:18:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14455602 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 21 2021 23:18:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14433754 | | Email/Text: bnc-quantum@quantum3group.com | Sep 21 2021 23:18:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14429986 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 21 2021 23:29:31 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14442088 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 21 2021 23:29:31 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14429987 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2021 23:19:17 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14433284 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 21 2021 23:29:31 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14429964 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 21, 2021 | Form ID: pdf900 | Total Noticed: 47 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KERI P EBECK | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| MICHAEL A. CATALDO2 | on behalf of Joint Debtor Regina Perkins ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor John F. Perkins ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor John F. Perkins mail@cibiklaw.com |
| MICHAEL A. CIBIK2 | on behalf of Joint Debtor Regina Perkins mail@cibiklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HomeBridge Financial Services  Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> JOHN F. PERKINS <br> REGINA  PERKINS | Chapter 13 |
| Debtor | Bankruptcy No. 19-17354-AMC |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 21, 2021**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
JOHN F. PERKINS
REGINA  PERKINS
6502 NORTH FAIRHILL STREET

PHILADELPHIA, PA 19126-